IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

ERIC A. WILLIAMS,
ADC #111620                                                                                    PLAINTIFF

v.                                          2:07CV00110HLJ

MOSES JACKSON, et al.                                                                    DEFENDANTS

## ORDER

Plaintiff's motion to withdraw his previously-filed motion for sanctions (DE #79) is hereby GRANTED.

IT IS SO ORDERED this 30th day of March, 2009.

_____
United   States   Magistrate   Judge