# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

ERIC A. WILLIAMS,                                                                                     PLAINTIFF
ADC #111620

v.                                              2:07-cv-00110-JTK

DAVID WHITE, et al.                                                                                DEFENDANTS

## ORDER

In accordance with the March 25, 2010 Opinion and Judgment of the United States Court of Appeals for the Eighth Circuit (Doc. Nos. 98, 99), Defendant Billy Parsons is DISMISSED from this action, with prejudice.

IT IS SO ORDERED this 10th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE