**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ERIC A. WILLIAMS                                                          PLAINTIFF

2:07-cv-00110-JTK

MOSES JACKSON, et al.                                                     DEFENDANTS

## JUDGMENT

This action came on for trial March 22-23, 2011, before the Court and a jury.

The issues having been duly tried as to Defendants Moses Jackson, Jeremy Andrews, and

Marion Beard, and the jury having rendered its verdict; now, therefore, pursuant to the verdict,

IT IS ORDERED AND ADJUDGED that the Plaintiff, Eric A. Williams, take nothing on

the claims against Defendants Moses Jackson, Jeremy Andrews, and Marion Beard, and the

complaint be, and it is hereby, DISMISSED with prejudice.

IT IS SO ADJUDGED this 24th day of March, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE