**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

ERIC A. WILLIAMS,
ADC #111620                                                                                          PLAINTIFF

2:07-cv-00110-JTK

MOSES JACKSON, et al.                                                                           DEFENDANTS

**AMENDED ORDER**

This Order shall replace the Order entered on April 27, 2011 (Doc. No. 140).

The Motion for Order for Expert Witness Expenses, which this Court construes as a Motion for Reimbursement of Out-of-Pocket Expenses filed by Plaintiffs' appointed counsel (Doc. No. 137) is hereby GRANTED in part.[1]

Having considered the Motion pursuant to the guidelines and policies of the Reimbursement of Out-of-Pocket Expenses Fund, the Court hereby orders that the Clerk of the Court distribute to the named applicant, Chisenhall, Newstrud & Julian P.A., the amount of One Thousand Nine Hundred Sixty Two Dollars ($1,962.00) from the Fund. A copy of this Order, together with the application, shall be placed in the Fund file maintained by the Clerk of the Court.

DATED this 9th day of May, 2011.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Movant requests reimbursement in the amount of $1974.00, based on an Invoice from Lighting Technologies & Services, Inc. (Doc. No. 137-1). However, that Invoice total was miscalculated, and should reflect a total of $1962.00.